**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
POST OFFICE BOX 9014
CENTRAL ISLIP, NEW YORK 11722-9014

**ARTHUR D. SPATT**
*United States District Judge*

July 15, 2008

Danielle J. Seid
Law Offices of Anthony A. Capetola
Two Hillside Avenue
Williston Park, NY 11596

    Re:    <u>Wright v. County of Nassau</u>, 07CV2368(ADS)(MLO)

Dear Counsel:

Document number 29, filed on July 2, 2008, <u>Motion to Amend/Correct/Supplement the Caption</u>, will not be considered because FED. R. CIV. P 15(a), for the amendment of pleadings, requires that leave of the Court be obtained by a fully briefed motion or by consent of the opposing party. In this instance, a letter motion is insufficient. In addition, Local Rule 7.1 provides that all motions must be supported by a memorandum of law.

You may refile these papers upon compliance with the applicable rules.

Very truly yours,

*/s/*　　　　　　　　　　　　　
Law Clerk to Hon. Arthur D. Spatt

CC:    All Counsel Via ECF