UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WALTER WRIGHT as Guardian, Parent, and next Friend for
Jonathan Wright an infant

                                     Plaintiff,

                - against -

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, JOHN DOE (1) and JANE DOE (1),
in his official and individual capacity, and under color
of state law,

                                  Defendants.
-----------------------------------------------------------------X

07-CV-2368

(ADS) (MLO)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 27 2008 ★

LONG ISLAND OFFICE

    **WHEREAS**, on July 22, 2008, the Parties appeared before the Court for a settlement conference; and,

    **WHEREAS**, Plaintiffs demanded as part of any settlement that the reports and records which form the basis for the instant action be expunged; and,

    **WHEREAS**, it is understood that expungement should not be construed as constituting any determination of the merits of any claims in this dispute and should not to be construed as constituting any admission of liability on the part of the County or its employees; and that the County expressly denies any such liability; and,

    **WHEREAS**, the Parties entered into a settlement agreement before the Court;

    **UPON THE APPLICATION OF THE PARTIES:**

    **IT IS HEREBY ORDERED THAT**: the Nassau County Police Department expunge the reports and records under case report number 206CR0038009.

Date: Central Islip, New York
            8/27, 2008

SO ORDERED

Hon. Arthur D. Spatt
United States District Judge